**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darron Keith Campbell,<br><br>    Plaintiff,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>    Defendants. | No.  CIV 07-1857-PHX-SMM (JRI)<br><br>**ORDER** |

It appearing to the Court that Defendant Herman's Motion to Dismiss, filed January 31, 2008, is now ready for the Court's consideration (Dkt. 6),

**IT IS HEREBY ORDERED** that the reference of this case to the magistrate judge is withdrawn as to Defendant's Motion to Dismiss (Dkt. 6).  All other matters shall remain before the Magistrate Judge for disposition as appropriate.

DATED this 18th day of March, 2008.

Stephen M. McNamee
United States District Judge